Robert J. Phillips
Luc L. Brodhead
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
rjphillips@garlington.com
llbrodhead@garlington.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA LAND CACHE, INC., WESLEY J. PROUSE, DONALD SCHLOTTER, JASMIN SCHLOTTER, AND DOES 1 through 10.<br><br>Defendants. | CV-1:22-97-SPW-TJC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and between Nautilus Insurance Company ("Nautilus"), Donald Schlotter, and Jasmin Schlotter (collectively "Stipulating Parties"), that Nautilus had, and has, no obligation to defend or indemnify Wesley J. Prouse ("Prouse") or Montana Land Cache Inc. ("MLC")

under the commercial general liability policy numbers NN1075095 (12/09/2019 - 12/09/2020) and NN1233440 (03/08/2021 - 03/08/2022) issued to MLC with respect to claims asserted by Donald Schlotter and Jasmin Schlotter in the lawsuit *Donald and Jasmin Schlotter vs. Montana Land Cache, Inc. d/b/a Delta Construction Systems, Wesley J. Prouse,* Montana Thirteenth Judicial District Court, Yellowstone County, Cause No. DV 19-1024.

Based on the foregoing, the Stipulating Parties stipulate that the above-entitled action has been fully resolved between the parties and should be dismissed with prejudice, with each party to bear their own costs and fees.

DATED this 9th day of May, 2023.

/s/ Robert J. Phillips
Attorney for Nautilus Insurance Company

DATED this 9th day of May, 2023.

/s/ Bryan M. Kautz
Attorney for Donald Schlotter and Jasmin Schlotter