IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>MONTANA LAND CACHE, INC.; WESLEY J. PROUSE; DONALD SCHLOTTER; JASMIN SCHLOTTER; DOES 1-10,<br><br>          Defendants. | CV 22-97-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 38), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. All associated deadlines are hereby vacated, and motions denied as moot.

DATED this 9th day of May, 2023.

                                                            _____
                                                            TIMOTHY J. CAVAN
                                                            United States Magistrate Judge